Opinion issued July 26, 2007











In The
Court of Appeals
For The
First District of Texas
____________
 
01-06-00175-CR 
____________

BRANDON ELIAS HAND, Appellant

V.

THE STATE OF TEXAS, Appellee




On Appeal from the 208th District Court 
Harris County, Texas
Trial Court Cause No. 1007789



 
MEMORANDUM OPINION
          Appellant, Brandon Elias Hand, was convicted by a jury of burglary of a
habitation with intent to commit theft, and punishment was assessed at confinement
for 51 years. We affirm.

          Appellant’s court-appointed counsel has filed a brief concluding that the appeal
is wholly frivolous and without merit. The brief meets the requirements of Anders
v. California, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967), by presenting a
professional evaluation of the record and demonstrating why there are no arguable
grounds of error to be advanced. See High v. State, 573 S.W.2d 807, 811 (Tex. Crim.
App. 1978); Moore v. State, 845 S.W.2d 352, 353 (Tex. App.—Houston [1st Dist.]
1992, pet. ref’d).

          Counsel represents that he has served a copy of the brief on appellant. Counsel
also advised appellant of her right to examine the appellate record and file a pro se
brief. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). More than
30 days have passed, and appellant has not filed a pro se brief. Having reviewed the
record and counsel’s brief, we agree that the appeal is frivolous and without merit and
that there is no reversible error. See Bledsoe v. State, 178 S.W.3d 824, 826-27(Tex.
Crim. App. 2005). 

          We affirm the judgment of the trial court and grant counsel’s motion to
withdraw.


 

          We deny any pending motions as moot.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).